# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| RAMAR DION BENJAMIN CRUMP, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00541-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| BEN CARVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2024 Memorandum of Decision and Order.

February 7, 2024

Katherine Hord Simon, Clerk
United States District Court